# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

ENERGY INTELLIGENCE GROUP, INC.
and ENERGY INTELLIGENCE GROUP
(UK) LIMITED,

          Plaintiffs,

v.

SINCLAIR OIL LLC

          Defendant.

Civil Action No.  2:23-cv-00403

**Notice of Dismissal**

## NOTICE OF DISMISSAL WITH PREJUDICE

Please take notice that the Plaintiffs, Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited, hereby dismiss this action and all claims asserted therein against any and all parties, "with prejudice," pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each of the Parties to bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: September 28, 2023

By: */s/ Andrew G. Deiss*

Andrew G. Deiss (USB 7184)
Deiss Law PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226

Robert L. Powley
Powley & Gibson, P.C.
60 Hudson Street, Suite 2203
New York, NY 10013
Telephone: (212) 226-5054

Facsimile: (212) 226-5085

Attorneys for Plaintiffs, ENERGY
INTELLIGENCE GROUP, INC. and
ENERGY INTELLIGENCE GROUP  (UK)
LIMITED